B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AtheroNova Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1915083** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2301 Dupont Drive**<br>**Suite 525**<br>**Irvine, CA**                    ZIP Code **92612** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AtheroNova Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **AtheroNova Operations, Inc.** | Case Number: **8:15-bk-11051-ES** | Date Filed: **3/02/15** |
|---|---|---|
| District: **Central District of California** | Relationship: **Affiliate** | Judge: **Honorable Erithe A. Smith** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**AtheroNova Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Ron Bender**
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

**(310) 229-1234**
Telephone Number

**March  2, 2015              143364**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Selawski**
Signature of Authorized Individual

**Mark Selawski**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**March  2, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Central District of California

| In re | **AtheroNova Inc.** | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    **000-52315**    .

2. The following financial data is the latest available information and refers to the debtor's condition on    **2/20/2015**    .

a. Total assets                                                              $                          1,580.75

b. Total debts (including debts listed in 2.c., below)                       $                      4,636,338.57

c. Debt securities held by more than 500 holders:

|  |  |  |  |  | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

d. Number of shares of preferred stock                                              0                          0

e. Number of shares common stock                                           8,809,139                      1,045

   Comments, if any:

3. Brief description of Debtor's business:
   **Pharmaceutical Development**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Hudson Bay Capital Management LP**
   **Emprey Asset Management LP**
   **Amir L. Ecker for ACT Capital Management LLLP**
   **Fred Knoll for Europa International, Inc.**

MINUTES OF THE MEETING OF
THE BOARDS OF DIRECTORS

OF

ATHERONOVA INC.
(a Delaware corporation)

AND

ATHERONOVA OPERATIONS, INC.
(a Delaware corporation)

A meeting of the Boards of Directors (collectively, the "***Board***") of AtheroNova Inc., a Delaware corporation ("***AtheroNova***"), and AtheroNova Operations, Inc., a Delaware corporation and wholly-owned subsidiary of AtheroNova (collectively, the "***Corporations***"), was held telephonically on February 19, 2015, at 7:00 a.m. Pacific Time.

The following persons, constituting all of the directors of the Corporations, as applicable, were present: Thomas W. Gardner, Paul DiPerna, Fred Knoll, Alexander Polinsky, Boris Ratiner and Johan M. Spoor.  Also present were Mark Selawski, the Corporations' Chief Financial Officer and Secretary, Ron Bender of Levene, Neale, Bender, Yoo and Brill L.L.P., and Louis Wharton of Stubbs Alderton & Markiles, LLP, outside counsel to the Corporations.

Mr. Gardner acted as Chairman of the meeting and Mr. Wharton acted as secretary of the meeting and kept these minutes.

Mr. Gardner confirmed that the directors could hear and be heard by each other, and announced that a quorum was present and that the meeting, having been duly convened, was ready to proceed with its business.

## 1.    Business Matters

As the first item of business, Mr. Wharton provided a summary of management's dialogue with Mr. Bender regarding the logistics and process of Chapter 11 bankruptcy filings for the Corporations, and management's discussions with Andrew DeCamara of Sherwood Partners regarding serving as the Corporations' sales agent in connection with a proposed Chapter 11 sale of the Corporations' assets under Section 363(f) of the United States Bankruptcy Code.

Mr. Wharton then discussed an amendment to the proposed resolutions previously circulated to the Board to fully authorize management to cause the Corporations to consummate one or more asset sales and/or to propose and seek to confirm one or more plans of reorganization or liquidating plans, all subject to the approval of the Bankruptcy Court.  The Board engaged in an extensive discussion regarding the bankruptcy process and the priority for the distribution of assets to various constituencies in various scenarios.

Mr. Wharton then discussed AtheroNova's reporting obligations under the Securities Exchange Act of 1934, as amended (the "***Exchange Act***"), AtheroNova's reporting obligations under its outstanding secured notes and the underwriting agreement for the recent public offering, and the impact of AtheroNova ceasing to file public reports under the Exchange Act until the Corporations consummate their asset sales or confirm one or more plans of reorganization.    The Board engaged in a substantial discussion regarding AtheroNova's contractual reporting obligations and potential liabilities incurred by the Corporations for AtheroNova's breach of those obligations.    The Board considered the Corporations' limited current cash resources, their duty to preserve assets in the interest of the Corporations' creditors and stockholders, and the limited benefit currently provided from continued reporting under the Exchange Act.

At this point Mr. Knoll left the meeting.

After substantial discussion, upon motion duly made and seconded, the Board approved, with Dr. Ratiner abstaining, the following resolutions:

**NOW THEREFORE, BE IT RESOLVED**, that having considered the Corporations' outstanding liabilities and assets, the Corporations' inability to meet their debts as they become due, the Corporations' fiduciary duties to their creditors and stockholders and alternatives currently available to the Corporations, including the likelihood and sources of additional cash investments or borrowings, an assignment for the benefit of creditors, a reorganization under Chapter 11 of the United States Bankruptcy Code (the "***Bankruptcy Code***"), a liquidation under Chapter 7 of the Bankruptcy Code and a Chapter 11 sale of assets under Section 363(f) of the Bankruptcy Code, the Board has determined that it is advisable and in the interests of the Corporations and their creditors and stockholders to file bankruptcy petitions under Chapter 11 of the Bankruptcy code and to proceed with a Chapter 11 sale of assets under Section 363(f) of the Bankruptcy Code;

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to execute and cause to be filed bankruptcy petitions (and all related documents and papers) under Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Petitions***") to enable the Corporations to commence Chapter 11 bankruptcy cases (the "***Chapter 11 Bankruptcy Cases***"), and to take all required actions to effectuate a Chapter 11 sale of the Corporations' assets under Section 363(f) of the Bankruptcy Code (the "***363 Sale***" and together with the Chapter 11 Petitions and the Chapter 11 Bankruptcy Cases, the "***Bankruptcy Proceedings***");

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. for purposes of filing the Chapter 11 Petitions, representing the Corporations in their Chapter 11 Bankruptcy Cases and otherwise representing the Corporations in connection with the Bankruptcy Proceedings as bankruptcy counsel;

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to employ

Sherwood Partners to serve as the Corporations' sales agent and to work with and assist the Corporations to market the Corporations and their assets for sale to obtain the highest purchase price possible for the Corporations and their assets in connection with the Bankruptcy Proceedings;

**RESOLVED FURTHER**, that the officers of the Corporation, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to employ any other professionals to represent or assist the Corporations in connection with the Bankruptcy Proceedings that such officers deem to be in the best interests of the Corporations;

**RESOLVED FURTHER**, that the officers of the Corporations, and each of them, are hereby authorized and directed on behalf of and in the name of the Corporations, to execute and file and to cause counsel to the Corporations to prepare with the assistance of the Corporations as appropriate, all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which such officers deem necessary and proper in connection with the Bankruptcy Proceedings without the need for any further approval of the Board; and

**RESOLVED FURTHER**, that authority granted to the Corporations' officers pursuant to the foregoing resolutions to cause the Corporations to take further actions in connection with the Bankruptcy Proceedings without any further approval of the Board shall include, but not be limited to, seeking Bankruptcy Court approval for the Corporations to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; and commencing and defending litigation involving the Corporations.

Thereafter, upon motion duly made and seconded, the Board approved, with Dr. Ratiner abstaining, the cessation of AtheroNova's filings under the Exchange Act until such time as the Corporations consummate the 363 Sale and/or confirm a plan of reorganization, subject to filing a Current Report on Form 8-K to disclose the filing of the Bankruptcy Petitions.

The Board then continued with a discussion regarding providing summary disclosure to the public regarding the Corporations' outstanding secured debt and current cash position.

**2.   Omnibus Resolutions**

Upon motion duly made and seconded, the Board adopted and approved, with Dr. Ratiner abstaining, the following resolutions:

**RESOLVED**, that the officers of the Corporations and other persons appointed to act on their behalf pursuant to the foregoing resolutions, and each of them, are hereby authorized, for and on behalf of the Corporations, to execute, deliver and/or file any and all documents, certificates, instruments, agreements and notices, and to perform or cause to be performed any and all acts as may, in their judgment, be necessary or desirable to accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, the taking of any such

actions and/or the execution, delivery or filing of any such documents or instruments serving as conclusive evidence that the individual taking such action and/or executing, delivering or filing such document or instrument deemed the same to be necessary or advisable; and

**FINALLY RESOLVED**, that all acts and things heretofore done by any of the officers and directors of the Corporations in connection with the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Corporations.

[*Signature Page Follows*]

4

There being no further business to come before the meeting, upon motion duly made, seconded and approved, the meeting was adjourned.

_____
Louis Wharton
Secretary of the Meeting

Attest:

_____
Thomas W. Gardner
Chairman of the Board

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **AtheroNova Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **AtheroNova Inc.**                                                         Case No.                        

                                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  2, 2015**                            Signature    **/s/ Mark Selawski**
                                                                 **Mark Selawski**
                                                                 **Chief Financial Officer**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364** | FOR COURT USE ONLY |
|---|---|

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **AtheroNova Inc.**<br><br><br><br><br>                                       Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of   **6**   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March  2, 2015**

**/s/ Mark Selawski**
Debtor's signature

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

AtheroNova Inc.
2301 Dupont Drive
Suite 525
Irvine, CA 92612


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


ACT Capital Management LLLP
Attn: Carol G. Frankenfield
555 E. Lancaster Ave, Suite 540
Radnor, PA 19087


ACT Capital Partners, LP
2 Radnor Corporate Center
# 111
Radnor, PA 19087


Adam Liebross
402 Howland Canal
Venice, CA 90291


Alexander Kezli 401K
Attn: Alexander Keszeli
3 Windtree Lane
Glen Mills, PA 19342


Amir L Ecker IRA
Attn: Amir Ecker
800 Newtown Road
Villanova, PA 19085

Amir L. Ecker
800 Newtown Road
Villanova, PA 19085


Boris Ratiner
18375 Ventura Blvd. #552
Tarzana, CA 91356


Carol Wittenbraker
4625 Greenville Ave., Suite 101
Dallas, TX 75206


Clarence J. Meyer
2 Radnor Corp Center # 111
Radnor, PA 19087


Clarence Meyer, c/o PBC Advisors
Attn: Robert Fisk
2 Radnor Corporate Center, Ste 410
Radnor, PA 19087


DC Ice, LLC
Atnn: Richard Winter
546 Fifth Avenue, 9th Floor
New York, NY 10036


Dymami Investments LLC
Attn: Ronald Dyne
1925 Lovering Ave.
Wilmington, DE 19806


Dymami Investments, LLC
15260 Ventura Blvd
20th Floor
Sherman Oaks, CA 91403

Ecker Family Partnership
Attn: Amir Ecker
800 Newtown Road
Villanova, PA 19085


Estate of Judith W. Campbell
Attn: Frank Campbell
106 Longview Circle
Media, PA 19063


Europa International, Inc.
Attn: Fred Knoll
5 East 44th St., Suite 12
New York, NY 10017


Europa International, Inc.
c/o Knoll Capital Mgmt LP
1114 Ave of Americas, 45 Fl
New York, NY 10036


Frank J. Campbell
106 Longview Circle
Media, PA 19063


James J. Lynch
9990 RR Blvd
Reno, NV 89521


Jay Robert Paul
210 West 70th #1201
New York, NY 10023


JMW Fund
Attn: Justin Yorke
4 Richland Place
Pasadena, CA 91103

John Tilney
The Old Rectory, Harpsden
Harpsden Bottom, Henley-on-Thames
Oxfordshire RG9 4HT, UK


John Tilney
2 Radnor Corp Center # 111
Radnor, PA 19087


Jonathan Andron Roth IRA
c/o Creve & Company
3650 Mt Diablo Blvd. #103
Lafayette, CA 94549


Jonathan Andron/Creve & Co.
Attn: Jonathan Andron
135 N. Meramec, 3rd Floor
Clayton, MO 63105


Kyle Van Natta
4133 Redwood Ave #3012
Los Angeles, CA 90066


Larry Kuhn
2412 Via Mero
San Clemente, CA 92673


Lateral Capital III, LLC
Attn: John Lilly
80 S. 8th St., 4900 IDS Center
Minneapolis, MN 55402


Lincoln Park Capital
Attn: Robert Garcia
440 N. Wells St., Suite 410
Chicago, IL 60654

Michael Jakobsen
2800 Terry Road
Laguna Beach, CA 92651


MyLi Burger Holdings, LLC
Attn: Greg Akselrud
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403


Patrick and Allison K. Doyle Trust
Attn: Patrick Doyle
21 Merrill Circle South
Moraga, CA 94556


Ratiner Family 2005
Revocable Living Trust
18375 Ventura Blvd #522
Tarzana, CA 91356


Richard A. Jacoby
2490 White Horse Road
Berwyn, PA 19312


Richland Fund
Attn: Justin Yorke
4 Richland Place
Pasadena, CA 91103


Robert A. Ayerle
725 Skippack Pike, Suite 340
Blue Bell, PA 19422


Robert Wayne Spears Living Trust
dtd 7-2, Attn: Ken Ruggles
15853 Oldent St.
Sylmar, CA 91342

Ruth Peck Family Trust
Attn: Ruth Peck
1405 Afton St.
Pasadena, CA 91103


San Gabriel Fund
Attn: Justin Yorke
4 Richland Place
Pasadena, CA 91103


SunTrust Delaware Trust Company, Trustee
of Murray Markiles Roth IRA Trust
1011 Centre Road, Suite 108
Wilmington, DE 19805


W-Net Fund I, LP
Attn: David Weiner
12400 Ventura Blvd. #327
Studio City, CA 91604